# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MELANIE WALLACE,** *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No.: 2:17-cv-1100-LCB |
| **FRED'S STORES OF TENNESSEE, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

On September 9, 2019, Defendant Fred's Stores of Tennessee, Inc. (Fred's) filed for Chapter 11 bankruptcy protection in the U.S. Bankruptcy Court for the District of Delaware. (Doc. 45). Four days later, Fred's filed a Suggestion of Bankruptcy in this action. *Id.* Under 11 U.S.C. § 362(a), Fred's petition in the Bankruptcy Court automatically stays these proceedings.

The Clerk is therefore **DIRECTED** to close this file for administrative and statistical purposes. This closure will have no effect on the Court's jurisdiction over the case, and it may be reopened, if appropriate, on either party's motion.

**DONE** and **ORDERED** this January 27, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE